NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――――

**HUAWEI TECHNOLOGIES CO., LTD.,**
*Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

―――――――――――――

2019-1494

―――――――――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01473.

―――――――――――――

**JUDGMENT**

―――――――――――――

CONSTANTINE L. TRELA, JR., Sidley Austin LLP, Chicago, IL, argued for appellant. Also represented by DOUGLAS I. LEWIS, NATHANIEL C. LOVE; MICHAEL J. BETTINGER, CURT HOLBREICH, San Francisco, CA; RYAN C. MORRIS, Washington, DC.

JOSEPH MATAL, Office of the Solicitor, United States

Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by THOMAS W. KRAUSE, MAUREEN DONOVAN QUELER.

―――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 7, 2020          /s/ Peter R. Marksteiner
Date                Peter R. Marksteiner
                    Clerk of Court